JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELENDA DE GUZMAN AND FAUSTINO DE GUZMAN,<br><br>    Plaintiffs,<br><br>    vs.<br><br>PROGRESSIVE TITLE COMPANY,<br><br>    Defendant. | Case No.: CV 11-8685 DSF (AJWx)<br><br>JUDGMENT |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the case be dismissed by consent of Plaintiff as evidenced by lack of opposition to a motion to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

6/12/12

Dated: _____

_____
Dale S. Fischer
United States District Judge